IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EDWARD NEAL THOMPSON, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 3:06-cv-907-MEF |
| | ) |
| ESTATE OF VERNELL BRIAN | ) |
| MORRIS, *et al.,* | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiffs' Motion to Remand (Doc. #6) filed on October 18, 2006, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before November 2, 2006. The plaintiff may file a reply brief on or before November 10, 2006.

DONE this the 19th day of October, 2006.

                                                /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE