IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EDWARD NEAL THOMPSON, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 3:06-cv-907-MEF |
| | ) |
| ESTATE OF VERNELL BRIAN | ) |
| MORRIS, *et al.,* | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of the Joint Motion for Extension of Time to File Planning Meeting Report (Doc. #9) filed on October 25, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this 27th day of October, 2006.

                                             /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE